

| | | |
|---|---|---|
| **Fridrikh V. Shrayber**<br>Shareholder<br><br>fred.shrayber@dentons.com<br>D 412-297-4612 | | Dentons Cohen & Grigsby P.C.<br>625 Liberty Avenue, 5th Floor<br>Pittsburgh, PA 15222-3152<br>United States<br><br>dentons.com |

January 5, 2024



*Via ECF and Electronic Mail*

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

   Re: *Trepp, Inc. v. Viceroy Research LLC*, 1:23-cv-11154 (KPF)

Dear Judge Failla:

  I represent Plaintiff Trepp, Inc. ("Trepp") in the above-referenced lawsuit presently pending in this Court. I write to inform the Court that the parties have reached an agreement in principle to settle this litigation, and the parties jointly request a 15-day stay of all deadlines in this matter to provide the parties with an opportunity to prepare and finalize settlement documents and file dismissal papers.

  Thank you for your attention to this matter.

            Respectfully submitted,

            DENTONS COHEN & GRIGSBY P.C.

            */s/ Fridrikh V. Shrayber*
            *Counsel for Plaintiff Trepp, Inc.*

cc: Jonathan D. Cogan, Esq.
   jonathan.cogan@kobrekim.com
   *Counsel for Defendant Viceroy Research LLC*

   Lucy E. Hill, Esq.
   lucy.hill@dentons.com
   *Counsel for Plaintiff Trepp, Inc.*

   *(via Electronic Mail)*

4762784

**Link Legal ▶ Zaanouni Law Firm & Associates ▶ LuatViet ▶ Fernanda Lopes & Associados ▶ Guevara & Gutierrez ▶ Paz Horrowitz Abogados ▶ Sirote ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

Application GRANTED.  Upon the application of the parties, this case is hereby STAYED pending the preparation and submission of settlement documents and dismissal papers.  The parties shall file such papers on or before **January 23, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 15.

Dated:     January 8, 2024          SO ORDERED.
           New York, New York

                                    *[signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE