

**Fridrikh V. Shrayber**
Shareholder

fred.shrayber@dentons.com
D 412-297-4612

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

January 23, 2024

*VIA ECF AND*
*ELECTRONIC MAIL*

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
*Failla_NYSDChambers@nysd.uscourts.gov*



**Re:**   *Trepp, Inc. v. Viceroy Research LLC*, 1:23-cv-11154 (KPF)

Dear Judge Failla:

I represent Plaintiff Trepp, Inc. ("Trepp") in the above-referenced lawsuit presently pending in this Court.  On January 8, 2024, the Court granted Trepp's Letter Motion to Stay in light of the parties' settlement in this matter, which provided the parties until January 23, 2024 to prepare settlement documents and submit dismissal papers. (*See* ECF No. 16.)  The parties have been working diligently to draft the appropriate settlement documents but need additional time to finalize and execute the same. Accordingly, the parties jointly request two additional weeks to submit dismissal papers to the Court, through February 6, 2024.

Thank you for your attention to this matter.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

*/s/ Fridrikh V. Shrayber*
*Counsel for Plaintiff Trepp, Inc.*

cc:   Jonathan D. Cogan, Esq. (*(via Electronic Mail*)
*jonathan.cogan@kobrekim.com*
Counsel for Defendant Viceroy Research LLC

Lucy E. Hill, Esq. *(via Electronic Mail*)
*lucy.hill@dentons.com*
Counsel for Plaintiff Trepp, Inc.

Link Legal ▸ Zaanouni Law Firm & Associates ▸ LuatViet ▸ Fernanda Lopes & Associados ▸ Guevara & Gutierrez ▸ Paz Horrowitz Abogados ▸ Sirote ▸ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

Application GRANTED.  The parties shall file their dismissal papers on or before **February 6, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 17.

Dated:      January 23, 2024          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE